# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Primera Analytical Solutions Corp | 11/30/2022 | Wire | $ 5,819.00 |
| Akorn Operating Company, LLC | Primera Analytical Solutions Corp | 12/9/2022 | Wire | $ 46,850.00 |
| Akorn Operating Company, LLC | Primera Analytical Solutions Corp | 1/20/2023 | Wire | $ 24,875.00 |
| Akorn Operating Company, LLC | Primera Analytical Solutions Corp | 2/1/2023 | Wire | $ 9,100.00 |
| Akorn Operating Company, LLC | Primera Analytical Solutions Corp | 2/8/2023 | Wire | $ 3,375.00 |
| | | | | $ 90,019.00 |